# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | **CHAPTER 7 PROCEEDING** <br> Case No. 19-11873 |
| CRAIG POLZIN and <br> CHRISTINE HOLLATZ-POLZIN <br>     Debtors. | |

| | |
|---|---|
| WISCONSIN TRUSS, INC. <br>     Plaintiff <br> vs. | **ADVERSARY PROCEEDING** <br> Case No. 19-63 |
| CRAIG POLZIN <br> and <br> CHRISTINE HOLLATZ-POLZIN <br>     Defendants. | |

## STIPULATION

WHEREAS Plaintiff Wisconsin Truss is represented by Attorney Michael C. Koehn and the Defendants are represented by Attorney George Goyke and;

WHEREAS the parties have reached an agreement to resolve the present action;

IT IS HEREBY STIPULATED AND AGREED THAT The present action be dismissed.

Dated this 16th day of April, 2020

Electronically signed by Michael C. Koehn
Michael C. Koehn
Michael C. Koehn, SC
Attorney for Plaintiff,
Wisconsin Truss, Inc.
P.O. Box 92
Eau Claire, WI 54702-0092
(715) 832-5074

Dated this 16 day of April, 2020

George Goyke
Goyke and Tillisch, LLP
Attorney for Defendants
Craig Polzin and Christine Hollatz-Polzin
2100 Stewart Ave.
Wausau, WI 54401
(715) 849-8100