THIS ORDER IS SIGNED AND ENTERED.

Dated: April 16, 2020



_____
Hon. Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | CHAPTER 7 PROCEEDING |
| | Case No. 19-11873 |
| CRAIG POLZIN and | |
| CHRISTINE HOLLATZ-POLZIN | |
| Debtors. | |

| | |
|---|---|
| WISCONSIN TRUSS, INC. | |
| Plaintiff | ADVERSARY PROCEEDING |
| vs. | Case No. 19-63 |
| CRAIG POLZIN | |
| and | |
| CHRISTINE HOLLATZ-POLZIN | |
| Defendants. | |

## ORDER DISMISSING

WHEREAS the parties hereto have reached an agreement calling for the above entitled action to be dismissed and said agreement having been executed and filed with the court;

IT IS HEREBY ORDERED That the present action be and the same is dismissed.

######